IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF DIRECTORS OF THE GRAND BEAR LAKES TOWNHOME ASSOCIATION, an Illinois not-for-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> GRAND BEAR LODGE, LLC, an Illinois limited liability company; JOSEPH F. HOOK, an individual; KEITH WOLICK, an individual; SUSAN WOLICK, an individual, and COUNTRYSIDE BANK, an Illinois State chartered bank, <br><br> Defendants. | Case No. 1:16-cv-00267 <br><br> Hon. Charles R. Norgle, Sr. <br><br> Magistrate Judge Hon. Geraldine Soat Brown |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

Plaintiff, Board of Directors of the Grand Bear Lakes Townhome Association, by and through its attorneys, Kevin A. Sterling, Steven D. Welhouse and Laura Newcomer Cohen notifies this Court pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that Plaintiff voluntary dismisses Plaintiff's Complaint filed with this Court on January 8, 2016 without prejudice. (Doc. 1). The Defendants have not answered Plaintiff's Complaint or moved for summary judgment on any of the claims asserted therein. Therefore, dismissal of Plaintiff's complaint is permitted by Fed. R. Civ. P. 41(a)(1)(A)(i) without a Court Order.

Respectfully submitted,

BOARD OF DIRECTORS OF THE GRAND BEAR LAKES
TOWNHOME ASSOCIATION


By: __/s/ Kevin A. Sterling_____
      One of the Attorneys for Board of Directors
      Of the Grand Bear Lakes Townhome
      Association


Kevin A. Sterling, Esq. (ARDC No. 6216907)
Steven D. Welhouse, Esq. (ARDC No. 6244098)
Laura Newcomer Cohen, Esq. (ARDC No. 6302639)
THE STERLING LAW OFFICE LLC
411 North LaSalle Street
Suite 200
Chicago, Illinois 60654
Ph: (312) 670-9744
Fax: (312) 962-8817

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 22, 2016, a true and correct copy of Plaintiff's Notice of Voluntary Dismissal of Plaintiff's Complaint Without Prejudice was served on the following via the court's electronic system and via electronic mail at the following email addresses designated below:

James B. Koch
Michelle LaGrotta
Gardiner Koch Weisberg & Wrona
53 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
jkoch@gkwwlaw.com
mlagrotta@gkwwlaw.com

Robert Handley
Burke & Handley
1430 Branding Ave., Suite 175
Downers Grove, Illinois 60515
rhandley@burkehandley.com

By: /s/ Kevin A. Sterling
One of the Attorneys for Board of Directors
Of the Grand Bear Lakes Townhome
Association


Kevin A. Sterling, Esq. (ARDC No. 6216907)
Steven D. Welhouse, Esq. (ARDC No. 6244098)
Laura Newcomer Cohen, Esq. (ARDC No. 6302639)
THE STERLING LAW OFFICE LLC
411 North LaSalle Street
Suite 200
Chicago, Illinois 60654
Ph: (312) 670-9744
Fax: (312) 962-8817