UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Board of Directors of the Grand Bear Lakes
Townhome Association

                                          Plaintiff,

v.                                                    Case No.: 1:16−cv−00267
                                                        Honorable Charles R.
                                                        Norgle Sr.

Grand Bear Lodge, LLC, et al.

                                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 22, 2016:

      MINUTE entry before the Honorable Charles R. Norgle: Case is voluntarily dismissed without prejudice [8]. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.